USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DRYWALL TAPERS AND POINTERS OF GREATER
NEW YORK LOCAL UNION 1974, IUPAT, AFL-CIO,

                Plaintiff,

        -v-

KAFKA CONSTRUCTION, LLC,

                Defendant.
------------------------------------------------------------------X

18-cv-0660 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 20, 2019, Judge Broderick directed Plaintiff to file an update as to the status of the bankruptcy proceedings at least every sixty (60) days. Dkt. No. 23. The most recent update was submitted on February 4, 2020. Dkt. No. 29. Accordingly, it is hereby:

ORDERED that, no later than April 4, 2020, Plaintiff shall submit the next update on the status of the bankruptcy proceedings and shall continue to do so at least every sixty (60) days thereafter.

SO ORDERED.

Dated: February 19, 2020
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge