```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DRYWALL TAPERS AND POINTERS OF GREATER                             :
NEW YORK LOCAL UNION 1974, IUPAT, AFL-CIO,                         :
                                                                   :
                                  Plaintiff,                       :        18-cv-0660 (LJL)
                                                                   :
             -v-                                                   :             ORDER
                                                                   :
KAFKA CONSTRUCTION, LLC,                                           :
                                                                   :
                                  Defendant.                       :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020

LEWIS J. LIMAN, United States District Judge:

On February 19, 2020, the Court directed Plaintiff to file an update as to the status of the bankruptcy proceedings by April 4, 2020, and to continue to do so at least every sixty (60) days thereafter. Dkt. No. 30. Plaintiff submitted a letter on April 3, 2020, Dkt. No. 31, but has not submitted a subsequent update.

Accordingly, it is hereby ORDERED that, no later than June 19, 2020, Plaintiff shall submit the next update on the status of the bankruptcy proceedings and shall continue to do so at least every sixty (60) days thereafter.

SO ORDERED.

Dated: June 12, 2020    _____
      New York, New York          LEWIS J. LIMAN
                                  United States District Judge