

| | |
|---|---|
| | Riccardo Iaccarino — 258 Saw Mill River Road, Elmsford, NY 10523, Tel: 914.592.1515, Fax: 914.592.3213 |
| | Wendell V. Shepherd |
| | Michael C. Anderson |
| | Matthew J. Berger* — 29 Legion Drive, Bergenfield, NJ 07621, Tel: 201.387.2600 |
| | Danielle M. Carney |
| | Michele Harari |
| | Dana L. Henke |
| | Steven H. Kern — Roy Barnes, Retired |
| | Lauren M. Kugielska* |
| | Giacchino J. Russo — *Also Admitted in NJ |

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

June 5, 2023

VIA ECF
Honorable Lewis J. Liman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Drywall Tapers and Pointers of Greater New York Local Union 1974, IUPAT, AFL-CIO v. Kafka Construction, LLC

Case No.:     18-cv-660 (LJL)

Dear Judge Liman,

This firm represents Plaintiff Drywall Tapers and Pointers of Greater New York Local Union 1974, IUPAT, AFL-CIO in the above referenced matter.

Kindly allow this letter to serve as a status of the bankruptcy proceeding filed by the defendant under Chapter 11 of the United States Bankruptcy Code on May 7, 2018. A status hearing will be held before the Court on July 6, 2023. The instant submission is submitted on this date in furtherance of Plaintiff's claim before this Court.

Accordingly, Plaintiff respectfully requests that the above action remain stayed pending the final outcome of the bankruptcy proceeding. Plaintiffs will file another status report in sixty (60) days.

Respectfully yours,

*/s/ Lauren Kugielska*
Lauren M. Kugielska

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

6/6/2023