```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DRYWALL TAPERS AND POINTERS OF GREATER                             :
NEW YORK LOCAL UNION 1974, IUPAT, AFL-CIO,                         :
                                                                   :
                          Plaintiff,                               :    18-cv-660 (LJL)
                                                                   :
        -v-                                                        :         ORDER
                                                                   :
KAFKA CONSTRUCTION, LLC                                            :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/25/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a telephonic status conference on November 25, 2024. Defendant did not appear.

Plaintiff shall request a clerk's certificate of default against Defendant by December 23, 2024. Plaintiff shall move for default judgment against Defendant by January 13, 2025. If Plaintiff fails to request a clerk's certificate of default or move for default judgment by those respective dates, Plaintiff shall show cause why the case should not be dismissed for failure to prosecute.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge